IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN NAPPY,

      Plaintiff,
v.                                    Case No. 1:17cv254-MW/GRJ

BRITTANY ESTATES GRP, LLC,
et al.,

      Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and for failure to state a claim." The Clerk shall close the file.

**SO ORDERED on February 6, 2018.**

                                        **s/Mark E. Walker**    
                                        **United States District Judge**